UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

EDWARD TYRONE CHISHOLM,   )
                          )
v.                        )     Case No. CV413-238
                          )
UNNAMED DEFENDANT         )

## REPORT AND RECOMMENDATION

On November 20, 2013, the Court ordered petitioner Edward Tyrone Chisholm to re-file his 28 U.S.C. § 2254 petition using this District's form petition or face dismissal of his case. (Doc. 4.) It granted him 30 days to submit his amended petition. (*Id.*) He has failed to comply. As he has disregarded the Court's order and abandoned the prosecution of his case, it should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir.

1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 23rd day of June, 2014.

> _____
> **UNITED STATES MAGISTRATE JUDGE**
> **SOUTHERN DISTRICT OF GEORGIA**