IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDWARD TYRONE CHISHOLM, )
)
Plaintiff, )
)
v. ) CASE NO. CV413-238
)
UNNAMED DEFENDANT. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21st day of July 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA